James B. GOODMAN, Plaintiff-Appellant

v.

SMART MODULAR TECHNOLOGIES, INC., Defendant-Appellee

2017-1084

United States Court of Appeals, Federal Circuit.

October 5, 2017

GLOBAL CHECK SERVICES, INC., Plaintiff-Appellant

v.

ELECTRONIC PAYMENT SYSTEMS, LLC, Flexpay, LLC, Elect-Check, Inc., John Dorsey, Tom McCann, Anthony Maley, Defendants-Appellees

2017-1062

United States Court of Appeals, Federal Circuit.

October 6, 2017

DAVID FINK, Fink & Johnson, Houston, TX, argued for plaintiff-appellant.

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for defendant-appellee. Also represented by ANUP M. SHAH, Charlotte, NC.

(Moore, Plager, and Chen, Circuit Judges).

JOSEPH LEO LANZA, Vethan Law Firm, PC, San Antonio, TX, argued for plaintiff-appellant.

SCOTTY PECK KROB, Krob Law Office, LLC, Greenwood Village, CO, argued for defendants-appellees. Also represented by NATHAN KROB.

(Chen, Plager, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**